LARNED & TORREY attorney<br>& Counsel for John Allen

Errors assigned & filed
 Dec. 14. 1827 in open Court
   JOHN WINDER
    Clk

Transcrip of a Cause to be tried By the Supreme Judges of the Teritory of Michigan—

134 of 1827. *Levi Hiscock vs Dan^l Brown*
Fil^d in Clerks office Sept^r 20. 1827.

Territory of Michigan⎫ Ss— At a session of the County Court— in and for
Washtenaw County ⎭ the County of Washtenaw— at the Court room in Ann arbour in June Term 1827. The case of
*Levi Hiscock Vs.*⎫ Came on to tryal— Elisha Belcher and Elias. M. Skinner
*Daniel Brown* ⎭ Att^y for Plf^t— O. D. Richardson and James Kingsley Att^y for Deft The Defendant plead an abatement of the Plantiff's declaration— and the Plantiff traversed the Def^t plea in abatment— Whereon Issue was joined. The following persons were empaneled as a jury— Viz.

Augustus Mills  W^m Thrall—  John Anderson  Philip Sines  W^m Harwood  Philander Noble  Alfred Hodge  David Hardy  Ena Maynard  Alvin Cross—  Elias Aldridge  Jacob Whitney

Witnesses for Deft. E. W. Rumsey— Dan^l B. Brown  Andrew Nowland— Isaac Hull  James Noyes— Ab^m Vandermark and Bethuel Farrand—

Witnesses for— Plf^t Martin Davis—  David Scott  John Dorham—  Enos Tichenor  Samuel Camp—  Henry Babcock  Israel Easty  John Allen  Elisha Belcher & Corn^ls Osterhout

Dan^l B Brown was offered as a Witness on the part of the Def^t— and no objection made— he was sworn and testified when the plantiff moved the Court— that his testimony be rejected, on account of his having been bail for the Appeal stating at the time of the motion that the fact of his being Bail had just come to his knowledge— the motion was granted  It was then moved by the Counsel for the Def^t— that the said Daniel B Brown be discharged as Bail— and other bail substituted for the purpose of enabling Def^t— to improve said D. B. Brown as a witness on the trial and the Court decided that the Testimony of the said Dan^l B Brown could not be received on the ground that he had already testified in full— The cause was advocated by the above named Attorney's— The Jury retired after being charged by the Court with directions to bring in their Verdict tomorrow morning Sealed by consent of parties. And the Court adjourned until tomorrow morning at 8. O Clock.

Thursday morning 8. O Clock  The court met according to adjournment and proceeded to business— The Jury came in as ordered with a Sealed Verdict— Towitt no partnership.

The Court ordered a new jury to assess the damages— Whereupon another jury was empanneled consisting of the following Persons—Viz. W^m Sperry[?]  Michael Skinner  Rob^t MCartney  Dan^l Richards  Andrew Nowland  Hyram Welles  J. P. Turner  Seely Neal  Joseph Mayo  Joseph Ainus[?]  Thomas Chambers  Joseph. H. Peck

The Deft filed with the Clerk a plea of jeneral Isue with a written notice of an ofset  The Plft then submitted his cause to the to the Jury, without offering any proof or evidence in support of his claim other than the Transcript of the court below and the proccedings in this cause. The court charged the Jury that the plea in abatement admitted the Plantiffs claim or demand that the jury must find for the plantiff the amount of the Judgment in the Court below.

The Jury retired a short time and returned into court and asked for further instructions. they were sent out again and soon after came in and found for the Plantiff Ninety three Dollars and seventy two cents.

There Several Bills of Exception were offered to the court for their signature by the Attorneys for the Defendant— neither of which were signed by the court on the ground that no one of them was a fair Statement of the point to which Exception was taken.

SAM. W DEXTER
Chief Justice

Attest D. E. LORD. C.C.                               OLIVER WHITMORE